# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

ROBERT HOPPLE, and )
STEFANI RUDIGIER, )
On behalf of themselves and all others )
similarly situated, )
)
      Plaintiffs, )
) Case No. 4:20-cv-1838 RWS
)
ST. FRANCOIS COUNTY, MISSOURI )
)
)
      Defendants. )

*So Ordered*

*[signature] 10/10/24*

## MOTION FOR DISMISSAL

The parties jointly move the Court to dismiss this lawsuit without prejudice, pursuant to a stipulation between the parties.

Dated: October 9, 2024

Respectfully submitted,

ARCHCITY DEFENDERS, INC.

*/s/ Maureen Hanlon*
Maureen Hanlon (#70990MBE)
440 N. 4th Street, Suite 390
Saint Louis, MO 63102
855-724-2489 ext. 1040
314-925-1307 (fax)
ncarroll@archcitydefenders.org

/s/ Vincent Colianni, II
COLIANNI & LEONARD, L.L.C.
Vincent Colianni, II, #768VI
Marina Leonard, #R2058VI
Colianni & Colianni, LLC
4001 Village Run Rd.
Wexford, PA 15090
(340) 690-0629
vinny@colianni.com

marina@colianni.com

/s/ Kevin M. Carnie, Jr.
THE SIMON LAW FIRM, P.C.
Kevin M. Carnie Jr. (MBE #60979MO)
John M. Simon (MBE #68393MO)
Patrick R. McPhail (MBE #70242MO)
800 Market Street, Suite 1700
St. Louis, Missouri 63101
(314) 241-2929
(314) 241-2029 (fax)
kcarnie@simonlawpc.com
jmsimon@simonlawpc.com
pmcphail@simonlawpc.com

*Attorneys for the Plaintiffs*


HELLMICH, HILL & RETTER, LLC

By: /s/ *William A. Hellmich*
William A. Hellmich, #31182
1049 N. Clay Ave.
Kirkwood, MO  63122
Phone: 314-646-1110
Fax:    314-646-1122
E-mail:bill@hellmichhillretter.com

*Attorney for Defendants*